NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATIONAL ORGANIZATION OF VETERANS'
ADVOCATES, INC.,**
*Petitioner,*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent.*

-------------------------------------------------

**PARALYZED VETERANS OF AMERICA,**
*Petitioner,*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent.*

-------------------------------------------------

**VETERANS OF MODERN WARFARE
and NATIONAL VETERANS LEGAL SERVICES
PROGRAM,**
*Petitioners,*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent.*

-------------------------------------------------

**WOUNDED WARRIOR PROJECT
and VIETNAM VETERANS OF AMERICA,**
*Petitioners,*

**v.**

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent.*

---

2010-7136, -7139, -7142, 2011-7041

---

On petition for review pursuant to 38 U.S.C. Section 502.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the motion to withdraw Douglas J. Rosinski as counsel of record and to substitute David H. Tennant as principal counsel for National Organization of Veterans' Advocates, Inc.,

IT IS ORDERED THAT:

The motion is granted. David H. Tennant should promptly file an entry of appearance as principal counsel.

FOR THE COURT

**MAR 1 7 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2011

JAN HORBALY
CLERK

cc:  Douglas J. Rosinski, Esq.
     David H. Tennant, Esq.
     Barton F. Stichman, Esq.
     Michael P. Horan, Esq.
     Scott D. Austin, Esq.
     Jeffrey Selbin, Esq.

s21